# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-2433
_____

GALLAGHER BASSETT SERVICES-
ORLANDO and PARSEC
INC./BUDCO GROUP, INC.,

   Appellants/Cross-Appellees,

   v.

KEVIN SMITH,

   Appellee/Cross-Appellant.

_____

On appeal from an order of the Judge of Compensation Claims.
Ralph J. Humphries, Judge.

Date of Accident:  December 11, 2014.

March 29, 2018

PER CURIAM.

   AFFIRMED.

LEWIS, ROBERTS, and JAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


William H. Rogner of Hurley, Rogner, Miller, Cox and Waranch, P.A., Winter Park, for Appellants/Cross-Appellees.

Holley N. Akers and Michael J. O'Rourke of O'Rourke & Akers, Jacksonville, for Appellee/Cross-Appellant.